USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/11/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

DRAGONFLY CAPITAL PARTNERS LLC,
         Petitioner,

-against-

JOE SCHNAIER, A/K/A JOSEPH SCHNAIER,
         Respondent.
-----------------------------------------------------------X

15 CIVIL 7190 (ER)

**JUDGMENT**

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 10, 2018, Plaintiff's motion is GRANTED. The arbitration award is confirmed and judgment is entered in favor of Dragonfly in the amount of $848,121.65 against Schnaier, plus interest at the statutory rate of nine percent from September 30, 2016, in the amount of $116,692.24.

Dated: New York, New York
    April 11, 2018

                RUBY J. KRAJICK
                _____
                Clerk of Court
       BY:
              _____
                Deputy Clerk